**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| BRUCE L. WISHNEFSKY, | : | No. 77 MAP 2017 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 388 MD |
| | : | 2017 dated November 16, 2017 |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, | : | |
| | : | |
| Appellee | : | |

## <u>ORDER</u>

**PER CURIAM**                                             **DECIDED:  August 21, 2018**

AND NOW, this 21st day of August, 2018, the order of the Commonwealth Court is AFFIRMED.